IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AARON BRADSHAW                                                                                              PLAINTIFF

vs.                                          CASE NO. **4:04CV00637GH**

MARTY MONTGOMERY, ET AL.                                                              DEFENDANTS

## **ORDER**

Pursuant to the stipulation, the case is hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-